PER CURIAM.
Based upon our review of the record, we cannot conclude that the trial court abused its discretion in refusing to permit appellant’s self-representation at trial after a Faretta[1] hearing. Hardy v. State, 655 So.2d 1245, 1247 (Fla. 5th DCA 1995) (citing Kearse v. State, 605 So.2d 534, 537 (Fla. 1st DCA 1992), rev. denied, 613 So.2d 5 (Fla.1993)), rev. denied, 667 So.2d 774 (Fla.1996).
Affirmed.

. Faretta v. California, 422 U.S. 806, 95 S.Ct. 2525, 45 L.Ed.2d 562 (1975).